1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10 | UNITED STATES OF AMERICA,           )   Case No.:   ED14-366M
11 |                      Plaintiff,     )
                                         )   ORDER OF DETENTION
12 |          v.                         )   (FED.R. CRIM. P.32.1(a)(6); 18
                                         )   U.S.C. § 3143(a))
13 | ANGELA NICOLE LAYTON,               )
                                         )
14 |                      Defendant.     )
   |_____)

15
16    The defendant having been arrested in this District pursuant to a warrant
   issued by the United States District Court for the __SOUTHERN__
17
   District of __CALIFORNIA__ for alleged violation(s) of the terms and
18
   conditions of probation or supervised release; and
19
      Having conducted a detention hearing pursuant to Federal Rule of Criminal
20
   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21
A.    (X)   The defendant has not met his/her burden of establishing by clear and
22
            convincing evidence that he/she is not likely to flee if released under
23
            18 U.S.C. § 3142(b) or (c). This finding is based on the following:
24
            repeated failures to report to Pretrial services as directed; admitted drug use; failure to abide
25          by condition that defendant not visit Desert Hot Springs; failure to participate in drug
            treatment as directed by Pretrial Services.
26
27
                                         1
28

1 and/or

2 B.     ( )     The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____

7 _____

8 _____

9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: September 5, 2014

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge

2